UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-21388-CIV-GAYLES/TURNOFF

**ALVIN GALUTEN**,

    Plaintiff,

vs.

**COMMUNITY HEALTH OF SOUTH FLORIDA, INC.**,

    Defendant.

_____/

**NOTICE OF COURT PRACTICE UPON**
**NOTICE OF SETTLEMENT AND ORDER CLOSING CASE**

    **THIS CAUSE** comes before the Court upon the Mediator's Report [D.E. 37], which indicates that a settlement was reached in this matter. Based thereon,

    **THE PARTIES** are hereby notified that, within thirty (30) days of the date of this Order, they must file a Stipulation or Notice of Dismissal along with any other pertinent document necessary to conclude this action. It is further

    **ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of March, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Turnoff
       All Counsel of Record